UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: Virginia Jackson ) | 20-21701 CMB |
| Debtor(s) ) | Case No. ~~20-21702-CMB~~ |
|  ) | Chapter 13 |
|  ) | Filed Under Local Rule |
| Virginia Jackson ) | 9013.4 6 (c) |
| Debtor/movant ) | RAB-1 |
| Ronda Winnecour, ) |  |
| Trustee/Respondent ) |  |

ORDER OF COURT

AND NOW, this __15th__ day of __June__, 20__20__ it is hereby Ordered, Adjudged and Decreed that the time for the filing of the completion of the Bankruptcy documents for the above captioned case is extended to __6__ / __29__ / __20__20.

By the Court

FILED
6/15/20 12:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*   dmk
United States Bankruptcy Judge

atyrusb@choiceonemail.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 20-21701-CMB
Virginia P. Jackson                                                     Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dkam    Page 1 of 1    Date Rcvd: Jun 15, 2020
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2020.
db         +Virginia P. Jackson,    1121 Sodbury Drive,    South Park, PA 15129-9441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2020 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
        Jillian Nolan Snider    on behalf of Creditor   PNC Bank, National Association, successor by merger to National City Bank jsnider@tuckerlaw.com,    agilbert@tuckerlaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Russell A. Burdelski   on behalf of Debtor Virginia P. Jackson atyrusb@choiceonemail.com
                                                                                                TOTAL: 5