IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**VIRGINIA P. JACKSON**<br><br>Debtor<br><br>**VIRGINIA P. JACKSON**<br>Movant<br><br>v.<br><br>No Respondent | : : : : : : : : : : : : : : : | Bankruptcy No. **20-21701**<br><br>Chapter **13**<br><br>Related to Document No. |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Russell A. Burdelski, Esquire**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

BANK OF AMERICA
PO BOX 9100
Farmingdale, NY 11735-9100

CHRISTOPHER & BANKS
c/o PORTFOLIO RECOVERY ASSOC.
PO BOX 12914
Norfolk, VA 23541

KOHLS
c/o QUALIA COLLECTION SERVICE
1444 NORTH MCDOWELL BLVD.
Petaluma, CA 94954

PNC
C/O JOSEPH GOLDBECK, ESQ
STE 5000, MELLON INDEP. CTR
701 MARKET ST
Philadelphia, PA 19106

PNC
3232 NEWARK DR
Miamisburg, OH 45342

PNC BANK, NATIONAL ASSOC.

SUCCESSOR BY MERGER TO NATIONAL CITYBANK

3232 NEWMARK DRIVE

Miamisburg, OH 45342

SOUTH PARK SCHOOL DISTRICT

c/o LAWRENCE ARRIGO

PO BOX 49

South Park, PA 15129

TJX

c/o PORTFOLIO RECOVERY ASSOC.

PO BOX 12914

Norfolk, VA 23541

By: **/s/ Russell A. Burdelski, Esquire**
 Signature
**Russell A. Burdelski, Esquire**
Typed Name
**1020 PERRY HIGHWAY**
**Pittsburgh, PA 15237**
Address
**(412) 366-1511 Fax:(412) 366-1711**
Phone No.
**72688   PA PA**
List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**