**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:
Virginia Jackson						)		Case No.  _20-21701-CMB
								)
     Debtor(s)					)
_____			)		Chapter 13
Virginia Jackson						)		Filed Under Local Bankruptcy
     Debtor/Movant					)		Rule 9013.4 para. 6(b)
								)
								)
								)

## DEBTOR'S AFFIDAVIT OF INCOME

I, Virginia Jackson swear under penalty of perjury, that during the past 6 months I have had as my source of income for myself is social security as listed below and that I have not earned any wage earner money AND have not been required to file tax returns for at least the past 2 years.

| Social Security amount | Month/year |
| --- | --- |
| $1400 | 11/2019 |
| $1400 | 12/2019 |
| $1400 | 1/2020 |
| $1400 | 2/2020 |
| $1400 | 3/2020 |
| $1400 | 4/2020 |

___6/23/20____DATE                                            **X** /s/ Virginia Jackson _____
                                                                              Virginia Jackson, Debtor