# ACCOUNT SUMMARY

## Filing Parties:

VIRGINIA P JACKSON

## Account Holders:

JACKSON; VIRGINIA P

## Account Information

| | |
|---|---|
| Account Number: | 4727 |
| Loan Open Date: | 6/13/2012 |
| Debt Type: | CREDIT CARD |
| Last Pmt Date: | 5/11/2015 |
| Charge Off Date: | 12/13/2015 |
| Last Transaction Account Owner: | CITIBANK, N.A. |
| Last Transaction Date: | 5/11/2015 |

## Creditor Information

| | |
|---|---|
| Account Owner: | Portfolio Recovery Associates, LLC |
| Original Creditor: | CITIBANK, N.A. |
| Original Merchant: | SEARS |
| Purchased From: | CITIBANK, N.A. |

## Bankruptcy Case Information

| | |
|---|---|
| Case No: | 2021701 |
| Filing Date: | 5/31/2020 |
| Chapter: | 13 |

## Proof of Claim Balance Detail

| | |
|---|---|
| Claim Balance: | $3,814.28 |
| Principal Amount: | $2,786.11 |
| Interest Amount: | $644.65 |
| Fee Amount: | $383.52 |

## Contact Information

PRA Receivables Management, LLC
C/O Portfolio Recovery Associates, LLC
Phone: (877) 829-8298
Email: Bankruptcy_Info@portfoliorecovery.com