# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
|    Virgina Jackson | ) | Hearing Date  8/26/20 |
| | ) | Hearing Time@10:00am |
| Virgina Jackson | ) | Case No. 20-21701-CMB |
|    Debtor/Movant | ) | Chapter 13 |
|    v. | ) | Response due date: 8/13/20 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | ) | RAB-1 |
|    Creditor/Respondent | ) | Filed under Local Bankr. |
| | ) | Rule 9013.4  6(a) |

## CERTIFICATE OF NO OBJECTION
## ON THE DEBTOR'S MOTION OBJECTING TO CLAIM OF
## PORTFOLIO RECOVERY ASSOCIATES, LLC

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the [Application/Motion] filed on 7/27/20_ has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection or other responsive pleading to the [Application/Motion] appears thereon.  Pursuant to the Notice of Hearing, objections to the [Application/Motion] were to be filed and served no later than ____8/13/20____.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.

                                                                Respectfully submitted,

                                                                 BURDELSKI LAW OFFICES

DATE__8/14/20                   __/s/Russell A. Burdelski, Esquire_____
                                                   R. Burdelski, Esquire PA I.D. # 72688
                                                   Burdelski Law Offices
                                                   1020 Perry Highway
                                                   Pittsburgh, PA 15237
                                                   atyrusb@choiceonemail.com
                                                   (412) 361-1511