IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Virgina Jackson    )    Hearing Date  8/26/20
    )    Hearing Time@10:00am
    Virgina Jackson    )    Case No. 20-21701-CMB
        Debtor/Movant    )    Chapter 13
        v.    )    Response due date: 8/13/20
    PORTFOLIO RECOVERY ASSOCIATES, LLC    )    RAB-1
        Creditor/Respondent    )    Filed under Local Bankr.
    )    Rule 9013.4  6(a)

**ENTERED BY DEFAULT**
**ORDER OF COURT**

AND NOW, this ___14th___ day of ___August___, 20_20_ it is hereby ORDERED, ADJUDGED AND DECREED that PORTFOLIO RECOVERY ASSOCIATES, LLC's claim #1-1 SHALL be stricken from the record as void due the fact that the debt is not collectable under PA State law because it is beyond the Pennsylvania statute of limitations.

atyrusb@choiceonemail.com

*Carlota M. Böhm* dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
8/14/20 1:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 20-21701-CMB
Virginia P. Jackson                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1              Date Rcvd: Aug 14, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2020.
db             +Virginia P. Jackson,    1121 Sodbury Drive,    South Park, PA 15129-9441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              Jillian Nolan Snider    on behalf of Creditor    PNC Bank, National Association, successor by merger to National City Bank jsnider@tuckerlaw.com,  agilbert@tuckerlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Russell A. Burdelski    on behalf of Debtor Virginia P. Jackson atyrusb@choiceonemail.com
                                                                                             TOTAL: 5