**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Virginia Jackson | ) | Chapter 13 |
| Debtor(s) | ) | Case Number 20-21701-CMB |
| | ) | |
| Virginia Jackson, Debtor(s) | ) | |

**CERTIFICATE OF SERVICE OF ORDER SUSTAINING OBJECTION TO CLAIM 1-1 FILED BY PORTFOLIO RECOVERY ASSOCIATES, LLC**

I certify under penalty of perjury that I have served a copy of the Debtors Order Sustaining Objection to Claim 1-1 filed by Portfolio Recovery Associates, LLC filed with this proceeding on August 17, 2020,

The type of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **FIRST CLASS US MAIL**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First Class Mail."

Service on the Trustee, Ronda Winnecour, and respondent(s) at (list the names and addresses here):

Portfolio Recovery Associates, LLC
c/o Steven Frederickson, CEO
120 Corporate Blvd
Norfolk, VA 23502

Executed on August 17, 2020

　　　/s/Russell A. Burdelski, Esquire_
R. Burdelski, Esquire
Burdelski Law Offices
1020 Perry Highway-
Pittsburgh, PA 15237
(412) 366 - 1511
atyrusb@choiceonemail.com
PA I.D. # 72688

_____August 17, 2020_____DATE