Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Virginia P. Jackson** | : | Case No. 20−21701−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 16th of July, 2021,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 20-21701-CMB
Virginia P. Jackson | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: dsaw | Page 1 of 2
Date Rcvd: Jul 16, 2021 | Form ID: 309 | Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Virginia P. Jackson, 1121 Sodbury Drive, South Park, PA 15129-9441 |
| 15257351 | | BANK OF AMERICA, PO BOX 9100, Farmingdale, NY 11735-9100 |
| 15257353 | + | KOHLS, c/o QUALIA COLLECTION SERVICE, 1444 NORTH MCDOWELL BLVD., Petaluma, CA 94954-6515 |
| 15249004 | + | PNC, C/O JOSEPH GOLDBECK, ESQ, STE 5000, MELLON INDEP. CTR, 701 MARKET ST, Philadelphia, PA 19106-1538 |
| 15257357 | + | SOUTH PARK SCHOOL DISTRICT, c/o LAWRENCE ARRIGO, PO BOX 49, South Park, PA 15129-0049 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Jul 17 2021 03:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15257352 | + | EDI: PRA.COM | Jul 17 2021 03:03:00 | CHRISTOPHER & BANKS, c/o PORTFOLIO RECOVERY ASSOC., PO BOX 12914, Norfolk, VA 23541-0914 |
| 15260087 | | EDI: BL-BECKET.COM | Jul 17 2021 03:03:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15270151 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 16 2021 23:05:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15249005 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 16 2021 23:05:00 | PNC, 3232 NEWARK DR, Miamisburg, OH 45342 |
| 15257356 | + | Email/Text: Bankruptcy.Notices@pnc.com | Jul 16 2021 23:05:00 | PNC BANK, NATIONAL ASSOC., SUCCESSOR BY MERGER TO NATIONAL CITYBANK, 3232 NEWMARK DRIVE, Miamisburg, OH 45342-5421 |
| 15252930 | | EDI: PRA.COM | Jul 17 2021 03:03:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15249299 | + | EDI: RMSC.COM | Jul 17 2021 03:03:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15257358 | + | EDI: PRA.COM | Jul 17 2021 03:03:00 | TJX, c/o PORTFOLIO RECOVERY ASSOC., PO BOX 12914, Norfolk, VA 23541-0914 |
| 15270143 | | EDI: AIS.COM | Jul 17 2021 03:03:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 16, 2021 | Form ID: 309 | Total Noticed: 15 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association, successor by merge |
| 15257354 | *+ | PNC, C/O JOSEPH GOLDBECK, ESQ, STE 5000, MELLON INDEP. CTR, 701 MARKET ST, Philadelphia, PA 19106-1538 |
| 15257355 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC, 3232 NEWARK DR, Miamisburg, OH 45342 |
| 15275761 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2021                                   Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Jillian Nolan Snider | on behalf of Creditor PNC Bank  National Association, successor by merger to National City Bank jsnider@fbtlaw.com, agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Russell A. Burdelski | on behalf of Debtor Virginia P. Jackson Russ@BurdelskiLaw.com russ.burdelski@gmail.com |

TOTAL: 5